UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SOLANO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-10257-R (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice, because Petitioner has not concluded his state criminal proceedings.

DATED: September 24, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE